Tahtiana Jade Brown
8506 Madison Ave suite A PMB 1007
Fair Oaks, CA 95628
916-770-5424
Tahtijade7@gmail.com

**FILED**

FEB 24 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF'S NAME, <br><br> Tahttiana Brown <br><br> vs. <br><br> 1. Preferred Employers' Insurance <br><br> 2. Berkeley Technology <br><br> 3. Dan Moon (Claims Administrator) <br><br> Defendant | Case No.: <br><br> 2:25 CV 627 TLN CKD (PS) <br><br> COMPLAINT FOR BAD FAITH INSURANCE PRACTICES, NEGLIGENCE, PRIVACY VIOLATIONS, RETALIATION, AND PROCEDURAL VIOLATIONS |

_____
Plaintiff Name

COMPLAINT FOR BAD FAITH INSURANCE PRACTICES, NEGLIGENCE, PRIVACY VIOLATIONS, RETALIATION, AND PROCEDURAL VIOLATIONS - 1

Plaintiff, Tahtiana Jade Brown, brings this action against Preferred Employers Insurance, Berkeley Technology, and Dan Moon for violations of California and federal insurance laws, HIPAA violations, bad faith insurance practices, negligence, retaliation, and procedural violations, and alleges as follows:

I. JURISDICTION & VENUE

1. This Court has jurisdiction under 28 U.S.C. § 1331 (Federal Question Jurisdiction) as this case involves claims under HIPAA, Title VII of the Civil Rights Act, and the Fourteenth Amendment.

2. This Court has supplemental jurisdiction over Plaintiff's California state law claims pursuant to 28 U.S.C. § 1367(a).

3. Venue is proper in the Eastern District of California pursuant to 28 U.S.C. § 1391(b), as a substantial part of the events giving rise to this lawsuit occurred within this district.

II. FACTUAL BACKGROUND

4. Plaintiff was employed by Lucidworks Inc. and suffered a work-related psychological injury due to a hostile work environment, excessive workload, and racial discrimination.

5. Plaintiff filed a workers' compensation claim, which was handled by Preferred Employers Insurance and Berkeley Technology, with Dan Moon as the assigned claims administrator.

A. Bad Faith Conduct in Handling Plaintiff's Workers' Compensation Claim

6. Preferred Employers Insurance and Dan Moon engaged in bad faith practices by delaying and wrongfully denying Plaintiff's claim, despite clear medical evidence supporting it.

7. Plaintiff's Qualified Medical Examiner (QME), Dr. Daniel Rockers, issued a medical report concluding that Plaintiff's psychological condition was significantly caused by racial discrimination (40%), excessive workload (20%), and retaliatory performance evaluations (25%).

8. After issuing this favorable report, Dr. Rockers abruptly recused himself from Plaintiff's case without explanation.

COMPLAINT FOR BAD FAITH INSURANCE PRACTICES, NEGLIGENCE, PRIVACY VIOLATIONS, RETALIATION, AND PROCEDURAL VIOLATIONS - 2

9. Plaintiff has reason to believe that Preferred Employers Insurance and Dan Moon pressured Dr. Rockers into recusing himself due to the favorable nature of his report.

B. Privacy Violations & Improper Access to Medical Records

10. Dan Moon and Preferred Employers Insurance improperly accessed Plaintiff's medical records before a judge ruled on her Motion to Quash, violating her privacy rights.

11. This was done without proper authorization, even though Plaintiff had not consented to the release of medical records after her claim was denied.

12. Plaintiff also received the medical records of another injured worker by mistake, further proving the insurer's reckless disregard for medical privacy laws.

C. QME Panel Request Manipulation & Procedural Violations

13. After Dr. Rockers' recusal, Preferred Employers Insurance and Dan Moon pushed Plaintiff to request a new QME panel herself.

14. Plaintiff refused, knowing that this was the insurer's responsibility and not hers.

15. When Preferred Employers Insurance submitted a QME request, the response indicated that their request was past the legal time limit, making it invalid.

16. This is evidence that Preferred Employers Insurance attempted to manipulate Plaintiff into requesting the QME herself in order to avoid missing their own deadline.

COMPLAINT FOR BAD FAITH INSURANCE PRACTICES, NEGLIGENCE, PRIVACY VIOLATIONS, RETALIATION, AND PROCEDURAL VIOLATIONS - 3

## III. CAUSES OF ACTION

### A. Bad Faith Insurance Practices (California Insurance Code § 790.03(h))

17. Defendants engaged in unlawful insurance practices by:

- Deliberately delaying and denying valid claims.
- Tampering with medical evaluations to undermine Plaintiff's case.
- Pressuring Plaintiff to file a QME request to cover up their missed deadline.

18. Plaintiff suffered economic and emotional damages due to Defendants' actions.

Damages: Compensatory & Punitive Damages.

### B. Negligence in Handling Workers' Compensation Claim

19. Defendants failed to handle Plaintiff's claim responsibly and lawfully.

20. Their negligence prolonged Plaintiff's suffering denied her rightful benefits and violated legal procedures.

Damages: Economic & Non-Economic Damages.

### C. Privacy Violations (HIPAA & California Confidentiality of Medical Information Act – CMIA)

21. Defendants unlawfully accessed and used Plaintiff's medical records.

22. HIPAA and CMIA violations occurred when Defendants improperly obtained and used Plaintiff's medical history without authorization.

23. The unauthorized access of another injured worker's medical records also demonstrates a pattern of reckless disregard for patient confidentiality.

Damages: Statutory Penalties & Emotional Distress.

COMPLAINT FOR BAD FAITH INSURANCE PRACTICES, NEGLIGENCE, PRIVACY VIOLATIONS, RETALIATION, AND PROCEDURAL VIOLATIONS - 4

D. Retaliation & Racial Discrimination (Title VII & FEHA)

24. Defendants intentionally undermined Plaintiff's workers' compensation claim due to racial discrimination concerns.

25. Plaintiff suffered career harm and emotional distress due to Defendants' retaliatory actions.

Damages: Punitive Damages & Injunctive Relief.

E. Obstruction of Justice & Procedural Violations

26. Defendants knowingly missed their QME panel request deadline and attempted to manipulate Plaintiff into filing it for them.

27. Tampering with medical evaluations (forcing Dr. Rockers to recuse himself) constitutes obstruction of justice.

Damages: Legal Sanctions & Injunctive Relief.

IV. DAMAGES REQUESTED

Plaintiff seeks the following relief for the violations committed by Defendants:

V. REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court grant the following relief:

1. Compensatory damages for financial harm and medical expenses.

2. Punitive damages against Defendants for egregious bad faith conduct.

3. Statutory damages for privacy violations under HIPAA & CMIA.

4. Injunctive relief to prevent Defendants from future violations.

5. Legal sanctions for procedural violations and obstruction of justice.

6. Attorney's fees and court costs as permitted by law.

7. Any other relief deemed just and proper.

COMPLAINT FOR BAD FAITH INSURANCE PRACTICES, NEGLIGENCE, PRIVACY VIOLATIONS, RETALIATION, AND PROCEDURAL VIOLATIONS - 5

## VI. JURY DEMAND

Plaintiff demands a trial by jury on all issues triable by law.

Dated: 2/21/25

Respectfully submitted,

*[signature]*

Tahtiana Jade Brown

8506 Madison Ave, Suite A, PMB 1007

Fair Oaks, CA 95628

916-770-5424

Tahtijade7@gmail.com

COMPLAINT FOR BAD FAITH INSURANCE PRACTICES, NEGLIGENCE, PRIVACY VIOLATIONS, RETALIATION, AND PROCEDURAL VIOLATIONS - 6

DECLARATION OF TAHTIANA JADE BROWN

IN SUPPORT OF FEDERAL COMPLAINT FOR PRIVACY VIOLATIONS, BAD FAITH INSURANCE PRACTICES, AND CIVIL RIGHTS VIOLATIONS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

501 I Street, Sacramento, CA 95814

Plaintiff:

Tahtiana Jade Brown

8506 Madison Ave, Suite A, PMB 1007

Fair Oaks, CA 95628

Defendants:

1. Preferred Employers' Insurance

2. Berkeley Technology

3. Dan Moon

Case No.:

I, TAHTIANA JADE BROWN, DECLARE AS FOLLOWS:

I, Tahtiana Jade Brown, hereby declare under penalty of perjury under the laws of the United States that the following statements are true and correct to the best of my knowledge:

## I. BACKGROUND

1. I was employed by Lucidworks Inc. when I suffered a work-related psychological injury due to a hostile work environment, excessive workload, and racial discrimination I endured at the company.

2. My workers' compensation claim was handled by Preferred Employers Insurance and Berkeley Technology, who were responsible for processing my claim.

3. Dan Moon, the claims administrator, unlawfully obtained my medical records without my authorization while assigned to my workers' compensation case.

## II. VIOLATIONS COMMITTED BY DEFENDANTS

A. Unlawful Access to My Medical Records

4. Dan Moon, acting on behalf of Preferred Employers Insurance, accessed my private medical records without my consent, in violation of:

HIPAA (42 U.S.C. § 1320d-6) Unauthorized access to protected health information.

California Confidentiality of Medical Information Act (CMIA) "Civil Code § 56.10 "Prohibits unauthorized disclosure of medical records.

California Evidence Code § 1157 "Protects sensitive medical records from unauthorized use.

5. After my workers' compensation claim was denied, the insurer had no further legal right to access my medical records.

6. A subpoena was later issued, which proves that the insurer knew my prior medical release was invalid.

Request for Relief: I request that the court suppress all medical records obtained illegally and impose sanctions against the insurance companies and Dan Moon.

B. Workers' Compensation Bad Faith & Insurance Misconduct

7. Preferred Employers Insurance and Berkeley Technology engaged in bad faith insurance practices by:

Deliberately delaying and denying medical treatment despite clear medical recommendations.

Using fraudulent and improper tactics to obtain my medical records without valid consent.

Misrepresenting facts about my case to justify claim denial.

Attempting to undermine my legitimate claim with improper surveillance and privacy violations.

Request for Relief: I request that the court holds the insurers liable under California Insurance Code § 790.03(h) for bad faith insurance practices.

C. Privacy & Due Process Violations

8. Lucidworks Inc. and its insurance carriers violated my right to due process by:

Obtaining my private health records before my Motion to Quash was heard, violating my legal rights.

Failing to provide me with notice before improperly accessing my medical information.

Engaging in overly broad and invasive discovery practices, violating my right to privacy.

Request for Relief: I request that the court find that my due process rights were violated and issue appropriate legal remedies.

D. Civil Rights Violations (Racial Discrimination & Retaliation)

Request for Relief: I request that the court award damages for civil rights violations and retaliation.

## III. CONCLUSION & REQUESTED RELIEF

For the foregoing reasons, I respectfully request that this Court:

1. Suppress all improperly obtained medical records.

2. Impose sanctions against Dan Moon, Preferred Employers Insurance, and Berkeley Technology for privacy violations.

3. Hold the insurers liable for bad faith insurance practices.

4. Recognize the due process violations caused by unauthorized access to my private medical records.

5. Award damages for racial discrimination and retaliation under federal and California law.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: 2/21/25

In: Sacramento, California

Tahtiana Jade Brown

*[signature]*

8506 Madison Ave, Suite A, PMB 1007

Fair Oaks, CA 95628

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ___Sacramento___ )

On __2/21/2025__ before me, __Adam J Serrato, Notary Public__
(insert name and title of the officer)

personally appeared __Tatiana Jack Brown__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

ADAM J. SERRATO
Notary Public - California
Sacramento County
Commission # 2477342
My Comm. Expires Dec 24, 2027

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Tahtiana Jade Brown
7506 Madison Ave Suite A PMB 1007
Fair Oaks CA [95628]
916·770·5424
Tahtijade7@gmail.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Tahtiana Jade Brown

PLAINTIFF(S),

v.

Lucid Works Inc, Preferred Employers, Berkley Technology, Et. All

DEFENDANT(S).

CASE NUMBER

**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of _Sacramento_, State of California, and not a party to the above-entitled cause. On _2-20-25_, 20_25_, I served a true copy of _Notice of Removal, Notice of Stay of trial, Civil complaint & Declaration_ by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: _Sacramento CA_
Executed on _2-18-2025_, 20_25_ at _Sacramento_, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____          _____
*Signature*                      *Party Served*

CV-40 (01/00)                    PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE