# UNITED STATES DISTRICT COURT

Eastern **District of** California

| | |
|---|---|
| TAHTIANA JADE BROWN<br>Plaintiff (s),<br><br>V.<br><br>LUCIDWORKS INC., et al.<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 2:25-cv-00627 |

Notice is hereby given that, subject to approval by the court,   DAN MOON   substitutes
(Party (s) Name)

  Robyn Leonard  , State Bar No. 219525  as counsel of record in place
(Name of New Attorney)

place of   John Poulos, SBN 154689  .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Gordon Rees Scully Mansukhani LLP |
| Address: | 315 Pacific Ave., San Francisco, CA 94111-1701 |
| Telephone: | 415-986-5900    Facsimile 415-986-8054 |
| E-Mail (Optional): | rleonard@grsm.com |

I consent to the above substitution.                                                                        DAN MOON

Date:   7/15/25

(Signature of Party (s))

I consent to being substituted.                                                                                JOHN POULOS

Date:   7/15/25                                                                                               /s/John Poulos

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:   7/15/25                                                                                               /s/Robyn Leonard

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   July 23, 2025

Judge
Carolyn K. Delaney US Magistrate Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

160073368.1